UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEPHEN and RENA MULLER,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:14-cv-01345-MO<br><br>VERDICT FORM |

**VERDICT FORM**

DATED: This 29th day of June, 2017.

_____
MICHAEL W. MOSMAN
Chief United States District Judge

VERDICT FORM - 1

We, the jury, being duly empaneled and sworn in the above-entitled cause, do find as follows.

1. Did Plaintiffs prove by a preponderance of the evidence that Defendant breached the insurance contracts by failing to indemnify Plaintiffs for any covered losses?

    ANSWER: YES (Yes or No)

    *If your answer to Question 1 is "no," then your verdict is for Defendant. Do not answer any more questions. Your presiding juror must sign the verdict form.*

    *If your answer to Question 1 is "yes," please go to Question 2.*

2. Did Defendant prove by a preponderance of the evidence that Plaintiffs intentionally set or directed another person to set the fire that damaged their property?

    ANSWER: NO (Yes or No)

    *If your answer to Question 2 is "yes," then your verdict is for Defendant. Do not answer any more questions. Your presiding juror must sign the verdict form.*

    *If your answer to Question 2 is "no," please go to Question 3*

3. What are Plaintiffs' damages?

    | ANSWER: | |
    |---|---|
    | Structure | $186,000 |
    | Business Property | $570,000 |
    | Personal Property | $256,500 |
    | Business Income | $25,000 |
    | Automobile | $45,000 |

    PRESIDING JUROR. /s/

VERDICT FORM - 2